# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DIONISION,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00190 DAD JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE FAILURE TO COMPLY WITH THE COURT'S ORDERS AND TO PROSECUTE THIS ACTION |

On February 10, 2019, the plaintiff initiated this action related to an insurance coverage dispute. (Doc. 1) The next day, the Court issued the summons (Doc. 2) and its order setting the mandatory scheduling conference to occur on April 9, 2019. (Doc. 3) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 3 at 1) Despite this, the plaintiff has not filed a proof of service of the summons and complaint and the defendant has not appeared in the action. Therefore, the Court **ORDERS**,

    1.    **<u>No later than May 6, 2019</u>**, the plaintiff **SHALL** show cause why sanctions, up to and

1

including dismissal of the action, should not be imposed for the failure to serve the summons and complaint[1] and comply with the orders of the Court. Alternatively, the plaintiff may file the proof of service;

2. Due the failure of the defendant to appear and the lack of proof of service which would allow entry of default, the scheduling conference is **CONTINUED** to **July 8, 2019** at 9:30 a.m.

**The plaintiff is advised that the failure to comply will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

Dated: **April 29, 2019**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] This failure is most striking because the complaint alleges the correct address for both defendants ad admits knowledge of the agents for service of process and their addresses also.