# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DIONISIO,<br><br>        Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>        Defendants. | Case No.: 1:19-cv-00190 DAD JLT<br><br>ORDER TO PLAINTIFF AND HER COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE ORDERS OF THE COURT |

As the Court noted previously, despite that she filed this action on behalf of a purported class, she seems to take the position that she can settle the claims and dismiss the action without regard for, or even discussion about, the class. (Docs. 5, 7) Despite alerting her to these problems in its earlier order (Doc. 6), the plaintiff filed a voluntary notice of dismissal without any discussion related to the class or its claims. Though the Court provided the plaintiff the standards for preliminary approval of a class settlement and the information that she must report in her motion and ordered her to file her motion for preliminary approval of the class settlement, she failed to do so. (Doc. 6) Therefore, the Court **ORDERS**:

///

///

1

1. **No later than May 31, 2109**, plaintiff and her counsel **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with this Court's orders.

IT IS SO ORDERED.

Dated: **May 23, 2019**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE