**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGINIA DIONISIO, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-0190 -DAD-JLT<br><br>ORDER CLOSING THE ACTION |

The plaintiff has filed a voluntary dismissal with prejudice as to her claims (Doc. 7) and without prejudice as to the class claims (Doc. 13) according to Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 9) The Court notes that the sanctions ordered in this case have not yet been paid. Thus, the Court **ORDERS**:

1. As to any future litigation filed in this Court by the plaintiff or on her behalf, she SHALL attach a copy of this order and proof she has paid the sanctions, if she has;

2. As to any future litigation filed in this Court by attorney Jonathan Stieglitz, he SHALL attach a copy of this order and proof he has paid the sanctions, if he has

3. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **September 2, 2020**          **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE